No. 03–6691. VASILIADES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6692. TAYLOR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6693. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6694. THOMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6699. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6701. TAWALBEH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6715. OVERBEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6719. RIGSBY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6726. SHAW *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.